1  Richard A. Shore , #109421
   Law Offices of Shore & Duarte
2  1341 Burnett Way
3  Sacramento, CA 95818
   Tel: (916) 456-4900
4  Fax: (916) 732-4388

5  Attorneys for Plaintiff

6

7                   **IN THE UNITED STATES DISTRICT COURT**

8                         **EASTERN DISTRICT OF CALIFORNIA**

9

10  GEORGE K. ENTENDENCIA,              )  Case No.: 2:12-CV-02523-KJN
                                        )
11                                      )
                    Plaintiff,          )  STIPULATION FOR EXTENSION OF
12                                      )  PLAINTIFF'S TIME TO FILE MOTION
                                        )  FOR SUMMARY JUDGMENT;ORDER
13  vs.                                 )  THEREON
                                        )
14  Commissioner of Social Security,    )
                                        )
15                                      )
                    Defendant
16  _____

17
        The parties hereby stipulate with the permission of the Court as
18
    indicated in the order below, that Plaintiff shall have an additional thirty
19
    days to file his motion for summary judgment in the above-captioned action.
20
    Plaintiff request the extension of time because the press of business
21
    prevents counsel from responding to Defendant's answer as provided in the
22
    Scheduling Order dated 2012.  Accordingly, Plaintiff's motion for summary
23
    judgment will be due on or before April 17, 2013, and Defendant's brief will
24
    be due on or before May 17, 2013.
25
    Dated:                              /s/Richard A. Shore
26                                      RICHARD A. SHORE
                                        Attorney for Plaintiff
27
    Dated:                              BENJAMIN B. WAGNER
28                                      United States Attorney

                                        1

///
///

                                         By: /s/ARMAND D. ROTH
                                         Special Assistant United States Attorney
                                         Attorney for Defendant

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

**Date:** <u>3/14/2013</u>

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2