Richard A. Shore , #109421
Law Offices of Shore & Duarte
1341 Burnett Way
Sacramento, CA 95818
Tel: (916) 456-4900
Fax: (916) 732-4388

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE K. ENTENDENCIA,<br><br>          Plaintiff,<br><br>vs.<br><br>Commissioner of Social Security,<br><br>          Defendant | Case No.: 2:12-CV-02523-KJN<br><br>STIPULATION FOR EXTENSION OF PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT;ORDER THEREON |

    The parties hereby stipulate with the permission of the Court as indicated in the order below, that Plaintiff shall have an additional thirty days to file his motion for summary judgment in the above-captioned action. Plaintiff request the extension of time because the press of business prevents counsel from responding to Defendant's answer as provided in the Scheduling Order dated 2012.  Accordingly, Plaintiff's motion for summary judgment will be due on or before April 17, 2013, and Defendant's brief will be due on or before May 17, 2013.

```
Dated:                              /s/Richard A. Shore
                                    RICHARD A. SHORE
                                    Attorney for Plaintiff

Dated:                              BENJAMIN B. WAGNER
                                    United States Attorney
```

1

///
///

                                                By:  /s/ARMAND D. ROTH
Special Assistant United States Attorney
Attorney for Defendant

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

**Date:**   3/14/2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE