1  Richard A. Shore, #109421
   Law Offices of Shore & Duarte
2  1341 Burnett Way
3  Sacramento, CA 95818
   Tel.: (916) 456-4900
4  Fax.: (916) 732-4388

5  Attorneys for Plaintiff

6
                    IN THE UNITED STATES DISTRICT COURT
7
                       EASTERN DISTRICT OF CALIFORNIA
8

9  **GEORGE K. ENTENDCIA**,          )     Case No.  2:12-CV-02523-KJN
                                     )
10          **Plaintiff,**           )     **STIPULATION TO DISMISS CASE AND**
                                     )     **PROPOSED ORDER**
11     vs.                           )
12                                   )
                                     )
13 **Commissioner of Social Security**,)
14                                   )
                                     )
15          **Defendant.**           )
   _____)
16
        IT IS HEREBY STIPULATED by and between the parties George Entendcia
17
   ("Plaintiff"), and Carolyn W. Colvin as Commissioner of Social Security ("Defendant"), that
18
   this matter be dismissed with prejudice, each party to bear its own costs and expenses
19

20
   Dated:                    /s/Richard A. Shore
21                           RICHARD A. SHORE
                             Attorney for Plaintiff
22

23 Dated:                    BENJAMIN B. WAGNER
                             United States Attorney
24
   ///
25
   ///
26
                      By:    /s/ARMAND D. ROTH
27                           Special Assistant United States Attorney
                             Attorney for Defendant
28

                                      1

**PURSUANT TO STIPULATION AND FOR GOOD CASUE SHOWN, IT IS SO ORDERED.**

**Date: 4/8/2013**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE